**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
HAM,

                Plaintiff,

      -against-                                 22 **CIVIL** 5131 (ALC)

                                                **JUDGMENT**

LENOVO (UNITED STATES) INC.,

                Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in

the Court's Opinion & Order dated March 31, 2025, Defendant's motion to dismiss is

GRANTED with prejudice.Accordingly, the case is closed.

**Dated:**  New York, New York

        March 31, 2025

                                            **TAMMI M HELLWIG**

                                          **Clerk of Court**

                    **BY:**

                                          **Deputy Clerk**